IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2014 JUN 20 A 11: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **REGINALD O'NEAL** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) CIVIL ACTION NO.: 2:14-cv-613-MEF |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY;** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, Defendant The Lincoln National Life Insurance Company ("Lincoln" or "Defendant") hereby removes this action to the United States District Court for the Middle District of Alabama, Northern Division, which is the federal judicial district embracing the Circuit Court of Autauga County, where this case was originally filed as Case No. 04-CV-2014-900109. As discussed in detail below, removal of this action is proper pursuant to 28 U.S.C. § 1331 in that Plaintiff's claim invokes this Court's federal question jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.* The grounds for removal are as follows:

1. Reginald O'Neal ("Plaintiff") commenced this civil action in the Circuit Court for Autauga County, Alabama, on or about May 15, 2014. Lincoln

was served on May 22, 2014. True and correct copies of all process, pleadings and orders in this case as reflected on Alacourt are attached hereto as Exhibit "A."

2. This Notice of Removal is filed within thirty (30) days after receipt by Lincoln of the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

3. The United States District Court for the Middle District of Alabama, Northern Division, is the federal judicial district embracing the Circuit Court of Autauga County, Alabama, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 81(a)(6) and § 1441(a).

4. This action could have been originally filed in this Court pursuant to 29 U.S.C. § 1132 in that Plaintiff expressly seeks to recover ERISA benefits under an employer-sponsored plan and for conduct related to the denial of benefits allegedly due to him under such employer-sponsored plan. A copy of the certificate of insurance for Lincoln Policy No. GL-000400095047 (the "Policy"), which insures the weekly disability income component of the Kumi Manufacturing Alabama, LLC ("Kumi") employee welfare benefit plan (the "Plan"), is attached hereto as Exhibit "B."

5. Plaintiff alleges in his Complaint that he "is a plan participant and beneficiary" of a "disability plan" insured by Lincoln. Compl. at ¶ 5. Plaintiff further alleges that he "continues to be eligible for present and future disability

benefits under said plan, and the Defendant has wrongfully denied O'Neal's 'claim' for the same." *Id.* at ¶ 13. Plaintiff then ***expressly*** states a claim pursuant to 29 U.S.C. § 1132. *Id.* at ¶ 3 and "Wherefore" clause.

6. District Courts of the United States are given original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331 without respect to the amount in controversy or the citizenship of the parties. Therefore, this action may be removed to the United States District Court for the Middle District of Alabama, Northern Division, pursuant to the provisions of 28 U.S.C. § 1441(a).

7. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Autauga County, Alabama, as provided by law, and written notice is being sent to Plaintiff's counsel.

8. Defendant has not sought similar relief.

9. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

10. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Middle District of Alabama, and this cause is removable to the United States District Court for the Middle District of Alabama.

11. Should any question arise as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this cause is removable.

*Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

WHEREFORE, PREMISES CONSIDERED, Defendant, desiring to remove this civil action to the United States District Court for the Middle District of Alabama, Northern Division, the district and division encompassing the county in which such civil action is pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Autauga County, Alabama, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted this 19th day of June, 2014,

/s/ Katherine L. Soppet
William B. Wahlheim, Jr.
Grace Robinson Murphy
Katherine L. Soppet
*Attorneys for Defendant The Lincoln National Life Insurance Company*

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999
wwahlheim@maynardcooper.com

gmurphy@maynardcooper.com
ksoppet@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 19th day of June, 2014:

Brian D. Turner
James D. Turner
Turner & Turner, P.C.
P. O. Box 2688
Tuscaloosa, AL 35403

/s/ Katherine L. Soppet
OF COUNSEL